**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **U.S. COMMODITY FUTURES TRADING COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **DAVID BRYANT,** <br><br> Defendant. | **Civil Action No: 1:15-cv-10816** <br><br> **Hon. Edmond E. Chang** |

**ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Commodity Futures Trading Commission ("CFTC" or "Commission") has filed a Complaint for Injunctive and Other Equitable Relief and Penalties Under the Commodity Exchange Act ("Complaint") against Defendant David Bryant ("Bryant") seeking injunctive and other relief; Motions for a Statutory Restraining Order and Preliminary Injunction; and a Motion for Expedited Discovery ("Motion") pursuant to Rules 26(d)(1), 30(a) and (b), and 45 of the Federal Rules of Civil Procedure. Having reviewed the Commission's Complaint and Motion, and otherwise being fully advised in the premises,

**THE COURT FINDS** that, because of the nature of this matter, expedited discovery is necessary to permit the Commission immediately to identify Bryant's assets and commodity pool participants and review Bryant's books and records, including his bank records, to ensure that Bryant preserves all pool participant assets, and to allow the parties to prepare adequately for any hearing on the Commission's Motion for Preliminary Injunction as the Court may conduct in this matter.

**IT IS THEREFORE ORDERED** that the Commission's Motion is granted. The parties are granted leave to conduct expedited discovery, including the following: (1) the taking of Bryant's deposition and the depositions of up to four other witnesses prior to any hearing on the Commission's Motion for Preliminary Injunction; (2) requesting Bryant's production of documents not otherwise required to be produced under any Statutory Restraining Order this Court may enter; and (3) the issuance of subpoenas to third parties to gain information about Bryant's pool participants who may have been defrauded and to help identify and locate Bryant's assets and pool participant assets.

**IT IS FURTHER ORDERED** that, unless this Order is altered after the filing of an emergency motion by Bryant, Bryant's deposition shall be taken upon two (2) business days' notice, and Bryant shall respond to document production requests within two (2) business days. Non-parties shall be given five (5) days' notice for depositions and shall respond to document production requests within seven (7) days. The Court will entertain motions pursuant to Rules 26(b)(2) and 30(d) of the Federal Rules of Civil Procedure during the course of these proceedings.

**IT IS SO ORDERED**.

                                                  s/Edmond E. Chang
                                        HONORABLE EDMOND E. CHANG
                                        United States District Court Judge

**DATE: December 2, 2015 at 5 p.m.**